Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR KELLAND PROPERTIES, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM TODD PETERSON, | § | CASE NO. 12-70031-hdh-13 |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

## MOTION TO APPROVE ADMINISTRATIVE CLAIM

### RESPONSE REQUIRED

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT U.S. COURTHOUSE, 10TH & LAMAR, WICHITA FALLS, TEXAS 76301 BEFORE CLOSE OF BUSINESS ON JUNE 1, 2012 WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Kelland Properties, Inc. ("Kelland") files this its motion to approve administrative claim and

would show the Court the following:

**MOTION TO APPROVE ADMINISTRATIVE CLAIM**                                    **PAGE 1**

**1**

At the time of the filing of this bankruptcy, the Debtor was a tenant of Kelland pursuant to a written lease agreement. Debtor continued to use the leased premises after the filing of the bankruptcy, but failed and refused to pay any rental for the use of the leased premises.

**2**

Pursuant to 11 U.S. C. §503(b)(1)(a) and 11 U.S.C. §507(a), Kelland is entitled to payment of a priority administrative claim for the use of the leased premises after the bankruptcy for the benefit of the Debtor. The amount of the administrative claim is $1,665.00, which is the monthly rental as set forth in the lease. *In Re Imperial Beverage Group,* 457 B.R. 490 (N.D. Tex. 2011).

WHEREFORE PREMISES CONSIDERED, Kelland prays that the Court approve its administrative claim in the amount of $1,665.00 and order that the administrative claim be paid in full through the Debtor's Chapter 13 Plan.

Dated: May 8, 2012

Respectfully submitted,

**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

By: */s/ Hank Rugeley*
        Hank Rugeley
        State Bar No. 17382900

ATTORNEYS FOR KELLAND PROPERTIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2012, a true and correct copy of the foregoing was served on all parties of record via ECF or first class mail as follows:

Monte J. White
Monte J. White & Associates
1106 Brook Avenue
Wichita Falls, Texas 76301

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, Texas 79424

U. S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496

Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, Arizona 85712

Sherrel K. Knighton
Linebarger, Goggan, Blair & Sampson, L.L.P.
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Lee S. Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, California 91367 Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, Arizona 85712

William Todd Peterson
P.O. Box 278
Nocona, Texas 76255

Parties on Attached Matrix

 */s/ Hank Rugeley*
Hank Rugeley

P:\HLR\Kelland Properties\11030.004 Kelland Properties - Peterson\Bankruptcy Pleadings\mtn app admin claim.wpd

**MOTION TO APPROVE ADMINISTRATIVE CLAIM**　　　　　　　　　　　**PAGE 3**