

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

Signed November 14, 2012

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| William Todd Peterson, | § | Case No. 12-70031-HDH-13 |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| Ally Financial Inc., | § | |
| | § | |
| Movant, | § | Hearing on Motion to Lift Automatic Stay: |
| | § | November 14, 2012 |
| v. | § | 10:00 a.m. |
| | § | |
| Paula Peterson, | § | |
| | § | |
| Co-Debtor-Respondent. | § | |

### ORDER TERMINATING CO-DEBTOR STAY PURSUANT
### TO §1301 OF THE BANKRUPTCY CODE

CAME ON FOR CONSIDERATION in the above-referenced case, the Motion for Relief from Lift Co-Debtor Stay filed by Ally Financial Inc., against Co-Debtor, Paula Peterson. The Court finds that:

1. Ally Financial Inc. did cause to be filed in the above referenced action a Motion for Relief from Co-Debtor Stay pursuant to 11 U.S.C. §1301.

2. Proper notice has been given to all affected parties by means of certificate of mailing;

3. There are no timely filed responses;

IT IF THEREFORE ORDERED that the Motion for Relief from Co-Debtor Stay filed by Ally Financial Inc. requesting termination the Co-Debtor stay under 11 U.S.C. §1301 is hereby GRANTED with respect to the following described Collateral:

2011 GMC Acadia
VIN:  1GKKRRED1BJ230579

# # # END OF ORDER # # #

Submitted by:

Patrick M. Lynch, Esq.
State Bar No. 24065655
BEASLEY, HIGHTOWER & HARTMANN, P.C.
1601 Elm Street, Suite 4350
Dallas, TX 75201
(214) 220-4700 (telephone)
(214) 220-4753 (telefax)

Attorneys for Ally Financial Inc.